FILED
SUPERIOR COURT
OF GUAM

2025 JUL 18 PM 6: 19

CLERK OF COURT

BY: _____ /s/ _____

## IN THE SUPERIOR COURT OF GUAM

| | |
|---|---|
| JUSTIN MICHAEL LODER,<br><br>Plaintiff,<br><br>vs.<br><br>ERIN ALEXIS LODER,<br><br>Defendant. | DOMESTIC CASE NO. DM0364-22<br>DM0367-22 |
| ERIN ALEXIS LODER,<br><br>Plaintiff,<br><br>vs.<br><br>JUSTIN MICHAEL LODER,<br><br>Defendant. | **DECISION AND ORDER**<br>*Re: Plaintiff's Opposition to Continued Jurisdiction Over Disputes as to Child Custody, Parenting Plan and Child Support* |

This matter came before the Honorable Arthur R. Barcinas on April 10, 2025, for hearing on Plaintiff Justin Michael Loder's objection to the Court's continued jurisdiction over disputes concerning child custody, the parenting plan, and child support. Plaintiff appeared via Zoom, represented by Attorney Daniel Berman. Defendant Erin Alexis Loder also appeared via Zoom, represented by Attorney Jeffrey Cook.

## <u>BACKGROUND</u>

The parties, formerly married, share one minor child. Plaintiff filed for divorce on October 12, 2022. On July 27, 2023, Plaintiff's counsel submitted a Stipulation to Orders and

Judgment approving the Mediation Agreement dated December 28, 2022. That Stipulation resolved all property matters and expressly stated that the sole remaining issue was custody of the minor child.

The Court held a bench trial on custody on November 22, 2023, November 27, 2023, and December 4, 2023. On June 10, 2024, the Court issued its Findings of Fact and Conclusions of Law, awarding joint legal custody to both parties. At that time, the Court had concluded all matters before it, including the custody determination, the parties' status of divorce, the grounds for divorce, and the distribution of the marital estate.

Following the Court's final determinations, the parties relocated outside of Guam. Subsequent motions were filed, including a motion to transfer jurisdiction under the Uniform Child Custody Jurisdiction and Enforcement Act (UCCJEA). On January 9, 2025, the Court granted Plaintiff's motion, concluding that Guam was no longer an appropriate forum for future custody disputes.

After the transfer of custody jurisdiction, Defendant submitted proposed Interlocutory and Final Decrees incorporating the orders of the Court including custody and support pursuant to the Findings of Fact and Conclusions of Law issued by the Court on June 10, 2024. Plaintiff objected to their issuance, arguing that the Court had relinquished jurisdiction over these matters.

## DISCUSSION

Under 7 GCA §§ 39201–39207 and 5 GCA § 35205, a Guam court retains exclusive, continuing jurisdiction over child custody determinations until either:

1. The child and parents no longer have significant connections to Guam and substantial evidence is unavailable in Guam regarding the child's welfare; or

2. The child and both parents no longer reside in Guam.

The record reflects that neither parent, nor the child, reside in Guam, and that custody orders have been registered in Utah and South Dakota. The Court's January 9, 2025 Order expressly relinquished jurisdiction over custody matters.

However, the proposed Interlocutory and Final Decrees accurately reflect the Court's orders as they existed at the time they were entered, including the custody determination, the parties' divorce status, the grounds for divorce, and the distribution of the marital estate. The entry of these decrees is not an exercise of new jurisdiction, but rather a ministerial act to preserve the integrity of the record.

## CONCLUSION

Accordingly, the Court abstains from adjudicating any custody-related provisions arising after the transfer of jurisdiction. It is hereby ORDERED that:

The Final Decree of Divorce and the Interlocutory Decree shall be entered, *nunc pro tunc*, to June 10, 2024, the date on which the Court concluded all substantive matters in this case.

The Court enters these decrees as part of its duty to maintain an accurate and complete record of the proceedings.

**IT IS SO ORDERED** _____JUL 1 8 2025_____.



**HONORABLE ARTHUR R. BARCINAS**
**Judge, Superior Court of Guam**